**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1632**

THEOPHILUS AGEDAH,

       Petitioner,

   v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 25, 2021                      Decided:  June 4, 2021

Before NIEMEYER, MOTZ, and RUSHING, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Theophilus Agedah, Petitioner Pro Se.  Nicole Joann Thomas-Dorris, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theophilus Agedah, a native and citizen of Nigeria, petitions for review of the order of the Board of Immigration Appeals denying his motions for remand, reconsideration, and stay of removal. This court's review is limited to issues raised in the informal brief. In his informal brief, Agedah fails to challenge the Board's resolution of his motions. Thus, we will not review the Board's order. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). Because our review is limited to final orders of removal, we lack jurisdiction to consider any bond determination or Agedah's continued detention in the first instance. 8 U.S.C. § 1252(a)(1).

Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*